HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230

Attorney for M-I, LLC

Peter R. Dion-Kindem, SBN 95267
THE DION-KINDEM LAW FIRM
2945 Townsgate Road, Suite 200
Westlake Village, CA 19361
Telephone: (818) 883-4900
Fax: (818) 338-2533
peter@dion-kindemlaw.com

Attorneys for Plaintiff, Donovin Last

*[additional counsel on next page]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M-I, LLC and DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:20-cv-01205-DAD-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE**<br>**(DOC. 4)** |

1

Lonnie C. Blanchard, III, SBN 93530
THE BLANCHARD LAW GROUP, APC
5211 East Washington Blvd., #2262
Commerce, CA 90040
Telephone: (213) 559-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorney for Plaintiff, Cristobal Garcia

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE**

2

Plaintiff Donovin Last ("Plaintiff") and Defendant M-I, LLC ("Defendant") (together "the Parties") jointly stipulate as follows:

WHEREAS, Defendant removed this matter to this Court on August 26, 2020;

WHEREAS, the Court has set a Scheduling Conference for November 19, 2020 at 8:30 a.m. (Dkt. 3);

WHEREAS, counsel for Defendant has a Case Management Conference in another matter also scheduled for November 19, 2020 at 8:30 a.m.;

WHEREAS, counsel for both Parties are available on November 16, 2020 at 8:30 a.m.;

WHEREAS, the Parties understand that the Court's calendar is open on that date;

THEREFORE, the Parties, by and through their counsel of record, stipulate and request the following continuance for the reasons set forth above and propose as follows:

1. That the Scheduling Conference currently set for November 19, 2020 at 8:30 a.m. be reset for November 16, 2020 at 8:30 a.m. or such other date that the Court is available.

Respectfully submitted by all Parties on this 28th day of August 2020

*/s/ Heather D. Hearne*
Counsel for Defendants

*/s/ Peter Dion Kindem*
Counsel for Plaintiff

3

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE**

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the Parties, the Court ORDERS the case schedule to be amended as follows:

1. The Scheduling Conference currently set for November 19, 2020 at 8:30 a.m. is hereby rescheduled for November 16, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 28, 2020**                    **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING CONFERENCE**

4