# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-I, LLC, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01205-DAD JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

The Court held the mid-discovery status conference (Doc. 19). At the conference, the parties the status of discovery. Consequently, the Court ORDERS:

1. The deposition of the entity SHALL occur either on June 21, 22 or 25, 2021. The defendant SHALL NOT have to produce this deponent more than once despite that the plaintiff is involved in three cases in which the defendant is either a named party or a witness. Thus, counsel SHALL coordinate to ensure this occurs;

2. No later than June 11, 2021, all outstanding discovery the defense has committed to producing, SHALL be produced to the plaintiff.

IT IS SO ORDERED.

Dated: **May 14, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE