# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>M-I, LLC, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01205-DAD JLT<br><br>ORDER DENYING AS MOOT STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR PROTECTIVE ORDER (Doc. 25) |

After the parties failed to file a joint report, as required by Local Rule 251(c), related to the defendant's motion for a protective order, the Court dropped the motion from calendar (Doc. 24). A few hours later, the parties filed a stipulation to continue the hearing on the motion (Doc. 25). Thus, the Court **ORDERS**:

1. The stipulation to continue the defendant's motion for a protective order is **DENIED as MOOT**.[1]

IT IS SO ORDERED.

Dated:  **August 10, 2021**          _ /s/ Jennifer L. Thurston
                              CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The motion may be re-filed. Though it SHALL be filed timely, it should not be filed until after the parties have exhausted their attempts to resolve the issues through the meet-and-confer process (Doc. 9 at 2-3).