## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M-I, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01205-DAD JLT<br><br>ORDER GRANTING THE PRO HAC VICE APPLICATION OF ROBERT LOMBARDI<br>(Doc. 27) |

Robert Lombardi has applied to appear pro hac vice for M-I,LLC. (Doc. 27) He has demonstrated good standing in the courts in the State of Louisiana (Doc. 27 at 3) and has paid the fee for admission. Id. He has not been admitted pro hac vice over the last year. Therefore, the application is GRANTED.

IT IS SO ORDERED.

Dated:   **August 26, 2021**　　　　　　　　\_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE