1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11  DONOVIN LAST, on behalf of himself and     Case No.: 1:20-cv-01205-DAD JLT
    all others similarly situated,
12                                             ORDER AFTER INFORMAL
            Plaintiff,                         TELECONFERENCE RE: DISCOVERY
13                                             DISPUTE
        v.                                     (Doc. 29)
14
    M-I, LLC, et al.,
15
            Defendants.
16

17          The Court held an informal telephone conference related to disputes over the conduct of the

18  deposition of the entity (Doc. 29) At the conference, little was resolved.  It appears there is possible

19  resolution to the dispute which will entail the parties cooperating in the drafting of declarations

20  clarifying records already produced detailing payroll information. The Court urges the parties to

21  continue to work toward that solution. However, if that does not occur, the Court **ORDERS**:

22          1.      The defense is authorized to file their motion for protective order related to the

23  deposition of the entity.

24          2.      The plaintiff is not authorized, at this time, to file a motion to compel because meet-

25  and-confer efforts have not yet been made.

26  IT IS SO ORDERED.

27      Dated:    **September 10, 2021**            **/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE
28