HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230

PETER R. DION-KINDEM SBN 95267
peter@dion-kindemlaw.com
PETER R. DION-KINDEM, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 92361
Tel.: (818) 883-4900
Fax: (818) 338-2533

Attorneys for Plaintiff DONOVIN LAST

[additional counsel on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donovin Last, an individual, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>M-I, LLC and DOES 1 through 10,<br><br>　　　Defendants. | Case No. 1:20-cv-01205-DAD-BAK<br><br>**JOINT STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING AND HEARING DATES**<br><br>**Current Hearing**<br>Date:　　May 17, 2022<br>Time:　　9:30 a.m.<br><br>**New Hearing Date**<br>Date:　　July 15, 2022<br>Time:　　10:00 a.m. |

1

**JOINT STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING AND HEARING DATES**

1  MARYJO L. ROBERTS, *pro hac vice*
   mlr@kullmanlaw.com
2  THE KULLMAN FIRM
3  A Professional Law Corporation
   1100 Poydras Street, Suite 1600
4  New Orleans, LA 70163
   Tel.: (504) 596-4195
5  Fax: (504) 596-4114

6  Attorney for Defendant M-I, LLC

7
   LONNIE C. BLANCHARD III (SBN 93530)
8  lonnieblanchard@gmail.com
   THE BLANCHARD LAW GROUP, APC
9  5211 East Washington Blvd., #2262
   Commerce, CA 90040
10 Tel.: (213) 599-8255

11
   Attorneys for Plaintiff DONOVIN LAST
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Donovin Last ("Plaintiff") and Defendant M-I, LLC ("Defendant") (collectively "the Parties"), by and through their counsel of record, jointly stipulate as follows:

1. Plaintiff filed his Motion for Class Certification ("Motion") on January 11, 2022.

2. Defendant's deadline to oppose Plaintiff's Motion is currently set for March 8, 2022 (Dkt. 9).

3. Defense counsel's children have been subject to successive quarantining lasting several weeks due first to exposure and then non-simultaneous positive tests, requiring counsel to take time away from work and thereby hindering progress with this case.

4. The Parties agree that defense counsel's circumstances merit additional time for Defendant to oppose certification.

5. Plaintiff's deadline to Reply to Defendant's Opposition is April 5, 2022.

6. The Class Certification Motion is scheduled for hearing on May 17, 2022.

THEREFORE, the Parties request the following continuance for the reasons set forth above and propose new dates as follows:

1. That the deadline for Defendant to file its Opposition to Plaintiff's Motion be continued 45 days to April 22, 2022;

2. That the deadline for Plaintiff to file a Reply to the Opposition be continued 45 days to May 20, 2022;

3. That the hearing date currently set for May 17, 2022 be continued to July 15, 2022 or such other date that the Court is available.

DATE: February 3, 2022     By: */s/ Heather D. Hearne*
                               Heather D. Hearne
                               The Kullman Firm
                               Attorneys for Defendant M-I, LLC

DATE: February 3, 2022     By: */s/ Peter R. Dion-Kindem*
                               Peter R. Dion-Kindem
                               Peter R. Dion-Kindem, P.C.
                               Attorneys for Plaintiff DONOVIN LAST

**ORDER**

Pursuant to the parties' stipulation (ECF No. 46), IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's motion for class certification (ECF No. 38) shall be filed by April 22, 2022;

2. Plaintiff's reply to the opposition shall be filed by May 20, 2022;

3. The hearing on Plaintiff's motion for class certification, currently set for May 17, 2022, is continued to **July 15, 2022, at 10:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.[1]

IT IS SO ORDERED.

Dated:   **February 4, 2022**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is willing to hold this hearing remotely by telephone or Zoom. The parties may contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) one week in advance of the hearing to arrange a remote appearance.