UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-I, L.L.C.,<br><br>Defendant. | Case No. 1:20-cv-01205-DAD-BAK<br><br>ORDER GRANTING SECOND STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING AND HEARING DATES<br><br>(ECF No. 48) |

Before the Court is the parties' second stipulation requesting to extend the briefing and hearing dates for Plaintiff's pending motion for class certification. (ECF No. 48.) The parties request a two-week extension of Defendants' opposition deadline, Plaintiff's reply deadline, and the hearing date because there have been scheduling conflicts with certain witness depositions. (*Id.*)

Having considered the stipulation, the Court will grant the parties' request. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's motion for class certification (ECF No. 38) shall be filed by May 6, 2022;

2. Plaintiff's reply to the opposition shall be filed by June 3, 2022;

///

1

3. The hearing on Plaintiff's motion for class certification, currently set for July 15, 2022, is continued to **August 12, 2022 at 10:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.[1]

IT IS SO ORDERED.

Dated:     **March 30, 2022**                         /s/ *Erica P. Grosjean*
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is willing to hold this hearing remotely by telephone or Zoom. The parties may contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) one week in advance of the hearing to arrange a remote appearance.