UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-I, L.L.C.,<br><br>Defendant. | Case No. 1:20-cv-01205-DAD-BAK<br><br>ORDER GRANTING IN PART AND DENYING IN PART THIRD STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING AND HEARING DATES<br><br>(ECF No. 50) |

Before the Court is the parties' stipulation requesting to extend the opposition and reply deadlines and the hearing on Plaintiff's pending motion for class certification. (ECF No. 50.) The parties request a four-week extension due to scheduling conflicts related to a putative class member's deposition. (*Id.*)

Having considered the stipulation, the Court finds that the parties have not established good cause for continuing the hearing and all briefing deadlines by four weeks. This is the parties' third request to extend the class certification briefing schedule. (*See* ECF Nos. 46-49.) The parties previously requested to extend the hearing, opposition, and reply deadlines by four weeks to accommodate scheduling conflicts related to third party witness depositions. (*See* ECF Nos. 46-49.) Here, the parties request another four-week extension of all remaining class certification deadlines due to scheduling conflicts, but the only remaining deposition is set to

1

occur on April 22, 2021, which is four weeks before Defendant's opposition is currently due. (*See* ECF Nos. 49, 50.)  Additionally, the parties request an extension of the hearing date, but provide no basis given that the reply is due on June 3, 2022, more than two months in advance of the hearing.

The Court finds that a more limited two-week extension of the opposition and reply deadlines is appropriate under the circumstances. The parties are further advised that no further extensions will be granted absent good cause, which will be narrowly construed.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 50) is granted in part and denied in part;
2. Defendant's opposition to Plaintiff's motion for class certification (ECF No. 38) shall be filed by May 20, 2022;
3. Plaintiff's reply to the opposition shall be filed by June 17, 2022;
4. The hearing on Plaintiff's motion for class certification remains set for August 12, 2022 at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.[1]

IT IS SO ORDERED.

Dated:   **April 11, 2022**          /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is willing to hold this hearing remotely by telephone or Zoom. The parties may contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) one week in advance of the hearing to arrange a remote appearance.