UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-I, L.L.C.,<br><br>Defendant. | Case No.  1:20-cv-01205-DAD-BAK<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO FILE SUR-REPLY<br><br>(ECF No. 70)<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO STRIKE<br><br>(ECF No. 57) |

Before the Court is Defendant M-I, LLC's ("Defendant") motion to file a sur-reply in support of its opposition to Plaintiff Donovin Last's ("Plaintiff") motion for class certification. (ECF No. 70.) According to the motion, Defendant intends to address new and additional evidence raised in Plaintiff's reply and to correct Plaintiff's "mischaracterizations and false statements." (*Id.*) Defendant has also filed a copy of the sur-reply. (ECF No. 71.)

Having considered Defendant's request, the Court will grant the motion. The parties are reminded that the hearing on the motion for class certification remains set for August 12, 2022, 10:00 AM.

Additionally, in the interest of efficiency and judicial economy, the Court will continue the hearing on Defendant's pending motion to strike deposition errata sheets (*See* ECF No. 57) to the same date and time as the hearing on the motion for class certification.[1]

---

[1] As a reminder, although the Court is prepared for in-person appearances at the Courthouse, the Court is also willing to hold this hearing remotely by telephone or Zoom. The parties may contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) one week in advance of the hearing to arrange a remote appearance if they choose.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to file a sur-reply (ECF No. 70) is GRANTED; and
2. The hearing on Defendant's motion to strike (ECF No. 57) is CONTINUED from July 8, 2022, to August 12, 2022 at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **June 28, 2022**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

(*See* ECF No. 51.)