UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVIN LAST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M-I, L.L.C.,<br><br>Defendant. | Case No. 1:20-cv-01205-KES-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURUSANT TO F.R.C.P. 23(e) AND 41(a)(1)(A)(ii) AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 113) |

On July 1, 2026, the parties filed a stipulation of dismissal, dismissing this action with prejudice as to the individual claims of Donovin Last and without prejudice as to the class claims. Additionally, each party agrees to bear their own attorney fees and costs. (ECF No. 113). The parties' stipulation provided in relevant part:

> [S]ubject to the terms and conditions of the settlement and Judgment in the Carney action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donovin Last and Defendant M-I, LLC hereby stipulate to lift the stay in this action, dismiss the individual claims of Plaintiff Donovin Last with prejudice, and dismiss the class claims in this action without prejudice. Also, subject to the terms of the settlement and the Judgment in the Carney Action, the Parties agree that there shall be no attorney's fees and costs awarded in this action.

(*Id.* at 3).

On July 2, 2026, the Court ordered the parties to provide supplemental briefing under *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), for a dismissal pursuant to F.R.C.P. 23(e) and 41(a)(1)(A)(ii) of a class action when there has been no class

certified. (ECF No. 114).

The parties provided a joint supplemental briefing on July 20, 2026 (ECF No. 115). The supplemental briefing provided the following pertinent information regarding the settlement in the *Carney*[1] state case and represented that "[t]he absent class members in this Action have been properly accounted for in the Carney Settlement, which warrants dismissal of this Action." (*Id.* at 3-5).

Having reviewed the parties' supplemental briefings on the issue, the Court is satisfied that the proposed putative class will not be prejudiced by this dismissal. As such, in light of the parties' stipulation, this action has been terminated pursuant to Rules 23(e) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and the individual claims of Plaintiff Donovin Last have been dismissed **with prejudice** and the claims of the Class have been dismissed **without prejudice.** Each party is to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[1] *Carney, et al. v. California Resources Corporation, et al.,* Kern County Superior Court, Case No. BCV-15-101729